CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 02 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | *See Attached Exhibit A* |
| | ) | |
| In re: Petty Offenses | ) | |

## MOTION TO DISMISS

Comes now the United States of America, by counsel, and pursuant to Rule 48 (a) of the Federal Rules of Criminal Procedure, and respectfully moves this court for leave to dismiss the Complaints/Violation Notices listed in the attached Exhibit A. In support of this motion the United States avers as follows:

(1) The violations listed are all petty or misdemeanor offenses;

(2) Attempts to locate the defendants have been made without success;

(3) In light of the inability of the government to locate the defendants, combined with the age of the cases, the ends of justice are not served by the continuation of these matters.

Wherefore, the United States respectfully moves this Court for an Order dismissing the Complaints/Violation Notices listed in the attached Exhibit A.

Respectfully submitted,
TIMOTHY J. HEAPHY
United States Attorney

Dated: March 30, 2012

Ronald M. Huber
Assistant United States Attorney
Virginia State Bar No. 31135